# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **THE DICK LAW FIRM, PLLC,** § § | |
| **Plaintiff,** § § | |
| v. § § § | **CIVIL ACTION NO. 4:26-CV-02053** |
| **HISCOX INSURANCE COMPANY, INC. & JUSTIN KUHL,** § § § § | |
| **Defendant.** § | |

## INDEX OF MATTERS BEING FILED

1. Defendant's Notice of Removal;

2. An index of matters being filed, attached as **Exhibit A**;

3. State Court Docket Sheet, attached as **Exhibit B**;

4. All pleadings asserting causes of action and answers to such pleadings, attached as **Exhibits C-1 through C-4**;

5. List of all counsel of record, including addresses, telephone numbers and parties represented, attached as **Exhibit D**.

6. Plaintiff's' Pre-Suit Demand dated September 30, 2024, attached as **Exhibit E.**

7. Letter from Hiscox, to Dick Law Firm, PLLC electing Liability of Justin Kuhl pursuant to Texas Insurance Code Section 542A.006 attached as **Exhibit F.**

.