# EXHIBIT B

HCDistrictclerk.com     THE DICK LAW FIRM PLLC vs. HISCOX INSURANCE COMPANY INC     3/13/2026

Cause: 202602698     CDI: 7     Court: 133

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 1/14/2026 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Debt/Contract - Consumer/DTPA |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 1/14/2026 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 133rd |
| **Address** | 201 CAROLINE (Floor: 11)<br>HOUSTON, TX 77002<br>Phone:8329272480 |
| **JudgeName** | NICOLE V. PERDUE |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| THE DICK LAW FIRM PLLC | PLAINTIFF - CIVIL | | DICK, ERIC B |
| HISCOX INSURANCE COMPANY INC | DEFENDANT - CIVIL | | TIPPETT, TODD MICHAEL |
|     211 EST 7TH STREET SUITE 620, AUSTIN, TX 78701-3218 | | | |
| KUHL, JUSTIN | DEFENDANT - CIVIL | | TIPPETT, TODD MICHAEL |

1253 SOUTHFORK RANCH DRIVE, SEALY, TX 77474

HISCOX INSURANCE COMPANY INC MAY BE           REGISTERED AGENT
SERVED WITH PROCESS THROUGH

211 EST 7TH STREET SUITE 620, AUSTIN, TX 78701-3218

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 3/13/2026 | ANSWER ORIGINAL PETITION | | | 0 | | TIPPETT, TODD MICHAEL | HISCOX INSURANCE COMPANY INC |
| 3/13/2026 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | | TIPPETT, TODD MICHAEL | HISCOX INSURANCE COMPANY INC |
| 3/13/2026 | FIRST AMENDED ANSWER ORIGINAL PETITION | | | 0 | | TIPPETT, TODD MICHAEL | KUHL, JUSTIN |
| 3/13/2026 | ANSWER ORIGINAL PETITION | | | 0 | | TIPPETT, TODD MICHAEL | KUHL, JUSTIN |
| 1/14/2026 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 1/14/2026 | ORIGINAL PETITION | | | 0 | | DICK, ERIC B | THE DICK LAW FIRM PLLC |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HISCOX INSURANCE COMPANY INC MAY BE SERVED WITH PROCESS THROUGH | 1/14/2026 | 1/14/2026 | | | | 74598323 | E-MAIL |

211 EST 7TH STREET SUITE 620 AUSTIN TX 78701

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | KUHL, JUSTIN | 1/14/2026 | 1/14/2026 | | | | 74598324 | E-MAIL |

1253 SOUTHFORK RANCH DRIVE SEALY TX 77474

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 125591502 | Defendants' Original Answer and Affirmative Defenses | | 03/13/2026 | 9 |
| | Defendants' Original Answer and Affirmative Defenses | | 03/13/2026 | |
| 125592714 | Defendants' First Amended Original Answer and Affirmative Defenses | | 03/13/2026 | 9 |
| | Defendants' First Amended Original Answer and Affirmative Defenses | | 03/13/2026 | |
| 124595462 | Plaintiff's Original Petition | | 01/14/2026 | 19 |
| ·> 124595464 | Civil Process Request | | 01/14/2026 | 1 |

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| ·> 124595463 | Exhibit A | | 01/14/2026 | 2 |