# EXHIBIT C-2

## EXHIBIT A:

## NOTICE OF VACATION DESIGNATION:

Please be advised that I am designating the following weeks as my vacation period:

**2026**
November 1 – November 7, 2026
November 8 – November 14, 2026
November 29 – December 5, 2026
December 6 – December 12, 2026

**2027**
October 31 – November 6, 2027
November 7 – November 13, 2027
December 5 – December 11, 2027
December 12 – December 18, 2027

**2028**
November 5 – November 11, 2028
November 12 – November 18, 2028
December 3 – December 9, 2028
December 10 – December 16, 2028

**2029**
November 4 – November 10, 2029
November 11 – November 17, 2029
December 2 – December 8, 2029
December 9 – December 15, 2029

I would respectfully request that no hearing and/or trial be scheduled during this period.

By copy of this letter, I am requesting counsel of record refrain from scheduling any depositions, meetings, or other activities during this period as well.

Respectfully Submitted,

*[signature]*

Eric B. Dick, LL.M.
TBN: 24064316
FIN: 1082959
DICK LAW FIRM, PLLC
3701 Brookwoods Drive
Houston, Texas 77092
(832) 207-2007 Office
www.dicklawfirm.com
eric@dicklawfirm.com
**ATTORNEY FOR PLAINTIFF**

Unofficial Copy Office of Marilyn Burgess District Clerk