# EXHIBIT D

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THE DICK LAW FIRM, PLLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:26-CV-02053 |
| **HISCOX INSURANCE COMPANY,** | § | |
| **INC. & JUSTIN KUHL,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S LIST OF COUNSEL OF RECORD

Defendants Hiscox Insurance Company, Inc. ("Hiscox") and Justin Kuhl ("Kuhl") (collectively "Defendants"), pursuant to Local Rule 81, files this its list of counsel of record:

1. Eric B. Dick
   TBN: 24064316
   FIN: 1082959
   DICK LAW FIRM
   3701 Brookwoods Drive
   Houston, TX 77.09
   (844) 447-3234 – Office & Facsimile
   eric@dicklawfirm.com
   www.dicklawfirm.com

   **ATTORNEYS FOR THE PLAINTIFF**

2. Todd M. Tippett
   Texas Bar No. 2046977
   Southern Bar No. 573544
   ttippett@zellelaw.com(Attorney-in-charge)

   Steven J. Badger
   Texas Bar No. 01499050
   Southern Bar No. 27659
   sbadger@zellelaw.com
   (of counsel)

---

**DEFENDANT'S LIST OF COUNSEL OF RECORD**                                                   **PAGE 1**

Austin J. Taylor
Southern Bar. No. 3747279
Texas Bar No. 24125862
ataylor@zellelaw.com
(of counsel)

ZELLE LLP
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:214-742-3000
Facsimile:214-760-8994

**ATTORNEYS FOR HISCOX INSURANCE COMPANY INC.
And JUSTIN KUHL**