# EXHIBIT E

| | |
|---|---|
| **From:** | Cassidy Paxson |
| **To:** | Mustang AP |
| **Subject:** | 100.231.985 - C2ID - payment demand from insured |
| **Date:** | Monday, September 30, 2024 5:30:33 PM |
| **Attachments:** | image001.png |

**Cassidy Paxson**
Senior Claims Examiner First Party Claims
Hiscox Insurance Company Inc.
Hiscox USA
**T** 480-214-8947
**E** cassidy.paxson@hiscox.com

**Connect with Hiscox online**
**Web** www.hiscox.com
**Twitter** @HiscoxSmallBiz



**From:** Eric Dick <eric@dicklawfirm.com>
**Sent:** Monday, September 30, 2024 15:13
**To:** Jim Elmore <jim@dicklawfirm.com>
**Cc:** Cassidy Paxson <cassidy.paxson@hiscox.com>
**Subject:** (EXT) Re: 100.231.985 - C2ID - claim status and update

**RE: Formal Demand for Payment of Policy Limits**
**Claim Number: 100.231.985 - C2ID**

Dear Ms. Paxson,

We represent the insured regarding the above-referenced claim, related to the derecho event on May 16, 2024. This letter serves as a formal demand for payment of the policy limits, accrued interest, and attorney's fees. Hiscox's delays in processing this claim are a clear violation of Texas Insurance Code Sections 541 and 542. We demand immediate action to resolve this matter.

## Detailed Chronology of Communications and Delays

- **May 16, 2024**: The insured experienced significant damage due to the derecho event in Houston.
- **August 22, 2024**: Our office contacted Hiscox to inquire about the status of the claim, as no meaningful communication had been made by the outside adjuster. Your response on the same date stated that Hiscox was working on a re-inspection, suggesting many items appeared to be personal property not covered under the policy.

- **August 27, 2024**: Justin Kuhl from Custard Insurance Adjusters confirmed a re-inspection appointment for August 29, 2024. Despite this inspection, no resolution or decision on the claim was provided.
- **September 5, 2024**: Mr. Kuhl requested the inspection be pushed to September 6, 2024. Once again, this inspection failed to resolve the outstanding issues.
- **September 27, 2024**: Hiscox stated that further inspections were necessary, reiterating concerns over the nature of the claimed items. By this point, the insured had fully cooperated, providing all documentation and making the property available for multiple inspections.
- **September 30, 2024**: After further inspection, no clear determination or payment was made. We communicated that Custard's repeated visits had yielded no resolution. Despite the repeated inspections, Hiscox failed to move the claim forward.

## Violations of Texas Insurance Code

Hiscox's handling of this claim has violated several provisions of the Texas Insurance Code:

1. **Failure to Promptly Pay Claims** (Section 542): Texas law requires insurers to acknowledge claims, begin an investigation, and request necessary documentation within 15 days. Hiscox has failed to make a timely decision on this claim and has repeatedly delayed payment beyond the statutory deadlines.
2. **Unfair Settlement Practices** (Section 541): Hiscox's conduct, including the repeated and unnecessary inspections and delays in determining coverage, constitutes bad faith and is in violation of Section 541, which prohibits unfair settlement practices.

## Demand for Payment of Policy Limits

The policy in question provides coverage of $100,000. After a prior payment of $10,000, the remaining balance due is $90,000. We demand the immediate payment of the remaining policy limits.

Hiscox has had ample time to evaluate the claim. The insured has provided all required documentation, including inventories, photos, and access to the property. The failure to issue timely payment has caused significant financial and operational strain on the insured.

## Calculation of Interest

Under Section 542 of the Texas Insurance Code, interest begins to accrue 60 days after the date of the insured's initial claim. The insured's loss occurred on May 16, 2024, during the derecho event. Sixty days from that date is **July 15, 2024**.

The outstanding amount owed is $90,000. Per Section 542, the insured is entitled to 13.5% interest per annum on this unpaid balance. As of **September 30, 2024**, the total interest accrued is as follows:

- **Principal Amount Owed**: $90,000
- **Interest Rate**: 13.5% per annum

**Interest Start Date**: July 15, 2024
- **Total Days of Interest Accrued**: 77 days
- **Accrued Interest**: **$2,563.15**

Thus, the total amount due, including the interest accrued as of today, is **$92,563.15**, plus reasonable attorney's fees.

## Conclusion

In light of these facts and the violations of the Texas Insurance Code, we demand that Hiscox immediately tender the remaining $90,000 in policy limits, plus accrued interest at 13.5%, and attorney's fees. We expect payment within 15 days from the date of this letter. Should Hiscox fail to comply with this demand, we will pursue all available legal remedies, including claims for breach of contract, bad faith, and statutory penalties under Texas law.

We look forward to your prompt response and resolution of this matter.

Sincerely,

On Mon, Sep 30, 2024 at 4:51 PM Jim Elmore <jim@dicklawfirm.com> wrote:

> Custard came out twice to no avail...Next appt. should be a tech. All contained on the list is BPP  the office has a kitchen, dining room and
> The business owns stadium seats.
> Your delay is noted.
> Storage and the moving in and out for you to view these contents is becoming expensive. These invoices will be produced once the dispute is over.
>
> On Fri, Sep 27, 2024 at 9:10 PM Cassidy Paxson <cassidy.paxson@hiscox.com> wrote:
>
>> Hello Jim,
>>
>> We are working to verify the extent of actual damages to Business property.
>>
>> A large number of items on the inventory list appear as personal items one would reasonably find in a house, which would not have coverage under the Business Owners Policy.
>>
>> In addition, the photos and documentation provided to the inspector does not prove, nor does it show actual damages present business property. Essentially, what was provided does not show much, if any damages at all to property inside the house.
>>
>> An additional inspection was requested by Hiscox and Custard to verify what items are damaged, what items are business property, and what items can be covered under the policy.
>>
>> I have a call scheduled with Custard on Monday to check on the status of the additional inspection and estimate creation based on their findings. Once I have more information, I will give you a call to update you from that point, and how we will be proceeding.

**Cassidy Paxson**
Senior Claims Examiner First Party Claims
Hiscox Insurance Company Inc.
Hiscox USA
**T** 480-214-8947
**E** cassidy.paxson@hiscox.com

**Connect with Hiscox online**
**Web** www.hiscox.com
**Twitter** @HiscoxSmallBiz



---

**From:** Jim Elmore <jim@dicklawfirm.com>
**Sent:** Friday, September 27, 2024 16:41
**To:** Cassidy Paxson <cassidy.paxson@hiscox.com>
**Subject:** (EXT) 100.231.985-C2ID

What is going on with this claim??
 This is beyond reasonable!!


--
I hope this email finds you well!

### Please consider the environment before printing!

 Jim Elmore,
Senior Litigation Claims Manager.
Dick Law Firm, PLLC
 Policy and Damages Consultant.
 Certified Appraiser & Umpire.
XACTIMATE - Certified Level 3.
OSHA Certified.
 IICRC Technician 1-2-3 Categories.
 (WRT) Water Damage Restoration.
 (ASD) Applied Structural Drying.

---

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. No one else is authorised to distribute, forward, print, copy or act upon any information contained in this email. If you have received this email in error, please notify the sender.

Hiscox Syndicates Limited and Hiscox Insurance Company Limited are authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Hiscox Underwriting Limited, Hiscox Underwriting Services Ltd, Hiscox MGA Ltd and Hiscox ASM Ltd are authorised and regulated by the Financial Conduct Authority. Hiscox Assure SAS is duly registered as an insurance broker with the ORIAS, which is the French Official Registry of Insurance Intermediaries. Hiscox plc is a company registered in England and Wales under company registration number 2837811 and registered office at Hiscox, 22 Bishopsgate, London EC2N 4BQ United Kingdom. Hiscox SA is a company registered in Luxembourg at 35 Avenue John F. Kennedy 35F, Luxembourg L-1855, and is authorised by the Commissariat aux Assurances de Luxembourg.

**US Privacy Policy**

We collect and process information about you in order to provide insurance policies and to process claims. Your information is also used for business purposes such as fraud prevention and detection, marketing, and financial management. This may involve sharing your information with, and obtaining information about you from, our group companies and third parties such as but not

> limited to brokers, loss adjusters, credit reference agencies, service providers, professional advisors, our regulators or fraud prevention agencies.
>
> For further information on how your information is used and your rights in relation to your information, please see our complete privacy policy at https://www.hiscox.com/privacy-policy .

--

I hope this email finds you well!

**Please consider the environment before printing!**

> Jim Elmore,
> Senior Litigation Claims Manager.
> Dick Law Firm, PLLC
> Policy and Damages Consultant.
> Certified Appraiser & Umpire.
> XACTIMATE - Certified Level 3.
> OSHA Certified.
> IICRC Technician 1-2-3 Categories.
> (WRT) Water Damage Restoration.
> (ASD) Applied Structural Drying.

--

| photo | **Eric B. Dick** |
| --- | --- |
| | Attorney, Dick Law Firm, PLLC |
| | (844) 447-3234 x 700 \| eric@dicklawfirm.com \| www.dicklawfirm.com \| |
| | 3701 Brookwoods Dr, Houston, TX 77092 |

NOTICE OF DISCLAIMERS & CONTRACTUAL AGREEMENT NOT TO REMOVE DISCLAIMERS: This communication and any files or attachments transmitted with it are confidential, may be legally privileged, and are intended solely for the use of the individual or entity to which they are addressed. Because this type of communication may not be secure, can be made spontaneously, and/or is frequently treated informally, I do not accept any responsibility or duty (other than that owned in the attorney-client relationship) for the contents of such communication. Simply, you are put on notice that I do not guarantee that this communication has any accuracy whatsoever;  being on such notice and for the consideration stated below, you contractually agree that I am not liable for any damage connected with this communication whether it is actual, contractual, compensatory, restitutionary, punitive, imaginary, etc.Make a formal request in writing via certified mail to the above address if this communication needs to be verified. Please notify me immediately if you have received this communication by mistake and delete it from your system.If you are not the intended recipient you are notified that altering, disclosing, copying, distributing, or taking any action in reliance on the contents of this communication is strictly prohibited and may be a criminal offense. If you are the intended recipient or receive this communication intentionally by the intended recipient this communication may be confidential and/or subject to Texas Rule of Evidence (including rule 408).  Furthermore, upon receiving this communication you agree to not alter it, for example, by removing any of these disclaimers. In violation thereof, you agree to (1) be personally liable for a minimal of $5,000 in liquidated damages, reasonable attorney fees, and court costs in collecting these damages; and (2) Texas being the appropriate jurisdiction, that its laws prevail, and Harris County, Texas being the appropriate venue.

The Internal Revenue Service rules require that I advise you that the tax advice, if any, contained in this message was not intended or written to be used by you, and cannot be used by you, for the purposes of (1) avoiding penalties under the Internal Revenue Code; or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

https://youtu.be/lmJluHMI0c8 https://www.youtube.com/watch?v=tvpGq2zO56Q&t=2s