# EXHIBIT F



901 MAIN STREET
SUITE 4000
DALLAS, TX 75202
214-742-3000 MAIN    214-760-8994 FAX

TODD M. TIPPETT
ttippett@zellelaw.com
(214) 749-4261

March 13, 2026

**Via Certified Mail and Email: eric@dicklawfirm.com**
Eric B. Dick
**DICK LAW FIRM, PLLC**
3701 Brookwood's Drive
Houston, Texas 77092

RE:   Insured:        The Dick Law Firm, PLLC
      Insurer:        Hiscox Insurance Company Inc.
      Policy No:      P100.453.214.5
      Claim No:       100.231.985A
      Date of Loss:   May 16, 2024
      Loss Location:  3701 Brookwoods Drive, Houston Texas 77092

*The Dick Law Firm, PLLC v. Hiscox Insurance Company Inc. & Justin Kuhl, in the 133rd District Court of Harris County, Texas, Cause No. 202602698.*

Dear Mr. Dick:

Please be advised that our law firm has been retained by Hiscox Insurance Company Inc. ("Hiscox") in connection with the above-referenced insurance claim and lawsuit. On behalf of Hiscox, please accept this letter as notification pursuant to Tex. Ins. Code § 542A.006 of Hiscox's election of liability for Justin Kuhl.

## I. Brief Factual Background

Hiscox issued Policy No. P100.453.214.5 (the "Policy") to The Dick Law Firm, PLLC with coverage effective from August 11, 2023 to August 11, 2024, providing business personal property coverage. The Policy insured your business personal property located at 3701 Brookwoods Drive, Houston Texas 77092 (the "Property"). On May 16, 2024, a derecho struck the Houston area, allegedly damaging your business personal property at the Property. Hiscox promptly acknowledged the loss and as part of its claim investigation retained Justin Kuhl of Custard Insurance Adjusters, Inc. as its independent adjuster for the claim. Following the investigation, On January 14, 2026, you filed suit against both Hiscox and Justin Kuhl, in connection with the above-referenced claim alleging breach of contract, violations of the Texas Insurance Code, and related claims.

March 13, 2026
Page 2

## II. Election of Liability

As mentioned above, Justin Kuhl is an independent adjuster retained by Hiscox to handle the subject claim. Texas Insurance Code § 542A, which applies to first-party property insurance claims arising from damage caused by "forces of nature," including wind and water damage, provides that an insurer may elect to accept whatever liability an "agent" might have to an insured by providing written notice to that insured. *See* Texas Insurance Code §§ 542A.001(2)(c), 542A.006(a). An "agent" is defined as an "employee, agent, representative, or adjuster who performs an act on behalf of an insurer." *See* Texas Insurance Code § 542A.001(1). And Texas Insurance Code § 542A.006(c) provides: "If a claimant files an action to which this chapter applies against an agent and the insurer thereafter makes an election under Subsection (a) with respect to the agent, the court shall dismiss the action against the agent with prejudice."

In this case, Texas Insurance Code § 542A applies to the claim and the lawsuit against Hiscox because the claim involves damage allegedly arising from "forces of nature"—specifically, wind and water damage caused by the May 16, 2024 derecho event. Justin Kuhl is an "agent" of Hiscox with regard to the claim because he is an independent adjuster who acted on behalf of Hiscox. Accordingly, pursuant to Tex. Ins. Code § 542A.006, Hiscox hereby elects to accept whatever liability Justin Kuhl may have to The Dick Law Firm, PLLC in connection with the claim. This letter constitutes Hiscox's written notice to the claimant under § 542A.006. This election is unconditional and cannot be revoked pursuant to the statute.

Please note that, due to this election to assume liability under Texas Insurance Code § 542A.006(b), no cause of action exists against Justin Kuhl in connection with the claim

## III. Conclusion

Under Texas Insurance Code § 542A, Hiscox elects to accept whatever liability Justin Kuhl may have to The Dick Law Firm, PLLC related to the claim. As a result, Justin Kuhl cannot be liable to the insured and should be dismissed from the lawsuit. Hiscox therefore requests that The Dick Law Firm, PLLC voluntarily dismiss Justin Kuhl from the lawsuit. Please advise as soon as possible if you are willing to voluntarily dismiss Justin Kuhl from this lawsuit. Otherwise, Hiscox will file a motion to dismiss him from the lawsuit. It is Hiscox's desire to avoid the expense of unnecessary motion practice if possible.

Hiscox's investigation and adjustment of the Claim remains subject to a complete reservation of all rights. Any action by Hiscox should not be construed as an admission of liability or as a denial of coverage. Hiscox does not intend to waive, and expressly reserves, any and all rights or defenses that may be available to it under the terms and conditions of the Policy, the common law, or any applicable statute. Hiscox continues to reserve the right to request additional information and/or documentation should the need arise in the future.

Please contact me if you have any questions or wish to discuss this matter further.

March 13, 2026
Page 3

Sincerely,

*Todd M. Tippett*

Todd Tippett

cc:   Steven J. Badger (firm)
      Austin J. Taylor (firm)

Eric B. Dick
Dick Law Firm
3701 Brookwood's Drive
Houston, TX 77092

9314 7699 0430 0147 1215 11

5.30

4.40

0.00

0.00

0.74

Todd Tippett
Zelle LLP
901 Main Street
Suite 4000
Dallas, TX 75202

10.44

Eric B. Dick
Dick Law Firm
3701 Brookwood's Drive
Houston, TX 77092

Todd Tippett
Zelle LLP
901 Main Street
Suite 4000
Dallas, TX 75202

Todd Tippett
Zelle LLP
901 Main Street
Suite 4000
Dallas, TX 75202

**USPS TRACKING #**



9590 9699 0430 0147 1215 13



9314 7699 0430 0147 1215 11
RETURN RECEIPT REQUESTED



9590 9699 0430 0147 1215 13

Eric B. Dick
Dick Law Firm
3701 Brookwood's Drive
Houston, TX 77092

9314 7699 0430 0147 1215 11